EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
GIL GONZALEZ
Supervising Deputy Attorney General
ANDREW MESTMAN
Deputy Attorney General
State Bar No. 203009
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2458
Fax: (619) 645-2271
Email: Andrew.Mestman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VILATH XAYASOMLOTH,** **Petitioner,** v. **D. DEXTER, Warden,** **Respondent.** | 08-0260 BEN (AJB) **APPLICATION FOR ENLARGEMENT OF TIME TO FILE EITHER RESPONDENT'S MOTION TO DISMISS OR ANSWER** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Respondent D. Dexter, Warden of Ironwood State Prison, in Blythe, California, by and through his counsel Edmund G. Brown Jr., Attorney General of the State of California, and Andrew S. Mestman, Deputy Attorney General, respectfully requests this Court to enlarge the time within which to file Respondent's Motion to Dismiss or Answer to the Petition for Writ of Habeas Corpus.

/ / /

On March 27, 2008, this Court ordered Respondent to file a Motion to Dismiss no later than May 16, 2008, or Answer no later than June 2, 2008. Based on the attached declaration, Respondent respectfully requests that the Court grant a 30-day enlargement of time Motion to Dismiss may be filed no later than June 16, 2008 or an Answer may be filed no later than July 2, 2008.

Dated: May 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

GIL GONZALEZ
Supervising Deputy Attorney General

s/ Andrew Mestman

ANDREW MESTMAN
Deputy Attorney General

Attorneys for Respondent

AM:adc
80236171.wpd

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **Xayasomloth v. Dexter**

No.: **08-0260 BEN (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 7, 2008, I served the following documents **APPLICATION FOR ENLARGEMENT OF TIME TO FILE EITHER RESPONDENT'S MOTION TO DISMISS OR ANSWER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Vilath Xayasomloth
CDC# T-76900
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 7, 2008, at San Diego, California.

| A. Curiel | [signature] |
|---|---|
| Declarant | Signature |

80236214.wpd