EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
GIL GONZALEZ
Supervising Deputy Attorney General
ANDREW MESTMAN
Deputy Attorney General
State Bar No. 203009
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2458
Fax: (619) 645-2271
Email: Andrew.Mestman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VILATH XAYASOMLOTH,**<br>**Petitioner,**<br>**v.**<br>**D. DEXTER, Warden,**<br>**Respondent.** | 08-0260 BEN (AJB)<br><br>**DECLARATION OF ANDREW S. MESTMAN IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE EITHER RESPONDENT'S MOTION TO DISMISS OR ANSWER** |

Andrew S. Mestman declares under penalty of perjury:

I am the deputy attorney general assigned to prepare Respondent's briefing in the matter of Vilath Xayasomloth v. D. Dexter, 08-0260 BEN (AJB).

On March 27, 2008, this Court filed an Order Requiring Response To Petition. In the Order, this Court requested that Respondent file a motion to dismiss the petition by May 16, 2008 or an answer to the petition by June 2, 2008.

Since receiving the March 27, 2008, Order, Declarant has been unable to prepare a response to the Petition for Writ of Habeas Corpus due to the following time-limit commitments, I have either worked on or filed in the past 30 days:

People v. Cordova , Fourth Appellate District, Division One (D051312) - Respondent's Brief;

People v. Kasie, Fourth Appellate District, Division Three (G039343) - Respondent's Brief;

People v. Perez, Fourth Appellate District, Division Two (E043481)- Respondent's Brief;

People v. Carlton, Fourth Appellate District, Division Two (E044048)- Respondent's Brief;

People v. Summers, Fourth Appellate District, Division One (D052284)- Respondent's Brief; and

People v. Lambert, Fourth Appellate District, Division Three (G037472)- Oral Argument.

Additionally, Declarant will be out of the office on a pre-paid vacation from May 7, 2008 until May 14, 2008.

Finally, although Declarant filed the Respondent's brief for Petitioner's direct appeal, Declarant needs additional time to review and organize the record.

///

///

///

///

///

///

///

///

Based on the foregoing, Declarant respectfully asks the Court to grant a 30-day enlargement of time such that the motion to dismiss is due no later than June 16, 2008 and the answer is due no later than July 2, 2008.

Dated: May 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

GIL GONZALEZ
Supervising Deputy Attorney General

s/ Andrew Mestman

ANDREW MESTMAN
Deputy Attorney General

Attorneys for Respondent

AM:adc
80236169.wpd

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name: **Xayasomloth v. Dexter**

No.: **08-0260 BEN (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 7, 2008, I served the following documents **DECLARATION OF ANDREW S. MESTMAN IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE EITHER RESPONDENT'S MOTION TO DISMISS OR ANSWER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Vilath Xayasomloth
CDC# T-76900
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 7, 2008, at San Diego, California.

| | |
|---|---|
| A. Curiel | [signature] |
| Declarant | Signature |

80236218.wpd