cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILATH XAYASOMOLOTH,<br>Plaintiff,<br>v.<br>D. DEXTER, Warden,<br>Defendants. | Civil No.08cv260 BEN (AJB)<br><br>Order Granting Request for Extension of Time to Respond to the Petition<br>[Doc. No. 7] |

For good cause shown, Respondent's Ex-parte Request for Enlargement of Time to File is GRANTED. Respondents' shall file a Motion to Dismiss ***on or before June 16, 2008***. If a motion to dismiss if filed Petitioner shall file his Opposition ***on or before July 16, 2008***. Or alternatively, Respondent shall file their Answer ***on or before July 2, 2008***, and Petitioner shall file his traverse ***on or before August 4, 2008***.

***Any further application by Respondent for an extension of time to file the Motion to Dismiss and/or Answer must be made by the Senior Assistant Attorney General, prior to the time the Motion or Answer is due to be filed, and the extension must be required as a result of extraordinary circumstances.***

IT IS SO ORDERED.

DATED: May 9, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court