EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
ANDREW MESTMAN
Deputy Attorney General
State Bar No. 203009
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2458
Fax: (619) 645-2271
Email: Andrew.Mestman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VILATH XAYASOMLOTH,**<br>**Petitioner,**<br>**v.**<br>**D. DEXTER, Warden,**<br>**Respondent.** | 08-0260 BEN (AJB)<br>**NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** |

PLEASE TAKE NOTICE that Respondent D. Dexter, Warden of Ironwood State Prison, hereby moves the United States District Court, Southern District, to dismiss the Petition for Writ of Habeas Corpus under Rule 4 of the Rules Governing title 28 of the United States Code section 2254 cases because Petitioner is barred by the statute of limitations and has failed to exhaust his state court remedies.

/ / /

/ / /

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and on the pleadings and state court records that have been or will be provided to this Court.

Dated: June 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General

s/Andrew Mestman

ANDREW MESTMAN
Deputy Attorney General
Attorneys for Respondent

AM:adc
80243511.wpd

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **Xayasomloth v. Dexter**
No.: **08-0260 BEN (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 2, 2008, I served the following documents:

**NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: N/A

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Vilath Xayasomloth
CDC# T-76900
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 2, 2008, at San Diego, California.

| A. Curiel | A. Curiel |
|---|---|
| Declarant | Signature |

SD2008700260
80244643.wpd