Vilath Xayasomloth T-76900
Ironwoood State Prison
P.O. Box 2199 (C2-249)
Blythe, Ca 92226

In Pro Per

FILED
2008 JUL 21 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Rm DEPUTY

NUNC PRO TUNC
JUL 17 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

VILATH XAYASOMLOTH,
Petitioner,

v.

D. DEXTER, Warden,
Respondent.

08-0260 BEN (AJB)

**MEMORANDUM OF POINTS AND AUTHORITIES & DECLARATION IN SUPPORT OF MOTION TO DENY RESPONDENT'S MOTION TO DISMISS THE INSTANT PETITION FOR WRIT OF HABEAS CORPUS.**

COMES NOW Petitioner, Vilath Xayasomloth, in pro per respectfully submitts the following Memorandum of Points and Authorities and Declaration.

**PROCEDURAL BACKGROUND.**

Petitioner avers to Respondent's background with the exception of R2 @ L 3 because it implies that Petitioner's State petition filed in the California Supreme Court was denied June 13, 2007 when it was actually denied Jan 3, 2008.

**ARGUMENT**

I.

**THE INSTANT PETITION IS FILED WITHIN THE STATUE OF LIMITATIONS**

Xayasomloth Page 1 of 3

DECLARATION OF VILATH XAYASOMLOTH

I Vilath Xayasomloth, Declares as follows:

1. On or about 7-3-03, I arrived at Pelican Bay State Prison (PBSP), considered by State and Federal Officials to be the most violent high security prison in the state of California.

2. As all newly arrived inmates, I was seen by the prison's classification committe for the purpose of determining the level of security necessary for my program and housing placement. At this hearing I was designated as a close A custody inmate and housed in a 180 designed cell.

3. As a close A custody inmate I was required to be under constant and direct supervision, all out of cell activities were to be concluded at 1830 hours; basically there was no evening program.

4. PBSP has a law library with a maximum capacity of 10 people to service approximately 1000 persons. The limited capacity denied my ability to access the court because access is restricted to imates with actual court deadlines- and only during scheduled yard times.

5. While at PBSP I was told by the law librian that the prison did not recognize the AEDPA for the purpose of a court deadline. I would need an actual court deadline established by the court based on a current open case.

6. While I was at PBSP yard access was scheduled approximately two time a week usually for one and a half hour. During the times I was afforded yard each time I attempted to access the law library I was denied due to not having an actual court deadline.

7. While I was at PBSP yard release would not occur prior to close A custody count cleared. During this time the counts were late which eliminated or reduced yard access to between 30 minutes to an hour.

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, Vilath Xayasomloth DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE PETITIONER IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 24 DAY OF JUNE, 2008, AT IRONWOOD STATE PRISON, Blythe, CALIFORNIA 92226

(SIGNATURE) Vilath Xayasomloth
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Vilath Xayasomloth, AM A RESIDENT OF IRONWOOD STATE PRISON, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA; I AM OVER THE AGE OF 18 YEARS OF AGE AND AM A PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 2199 BLYTHE, CALIFORNIA 92226

ON June 24, 2008 I SERVED THE FOREGOING: 1 copy each
Motion For An Abeyance to Exhause; Motion To Deny Respondent's Motion to Dismiss; Memorandum of Points And Authorities; Declaration of Vilath Xayasomloth; Motion For Abeyance
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT IRONWOOD STATE PRISON, Blythe, CALIFORNIA 92226

Attorney General
Dept of Justice
110 West "A" St Suite 1100
San Diego, CA 92101

United States District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: June 24, 2008 Vilath Xayasomloth
(DECLARANT/PRISONER)

Form: 6.