FILED

09 APR 13 PM 12: 54



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILATH XAYASOMLOTH,<br><br>                                     Petitioner,<br>               vs.<br><br>MATTHEW CATE, Secretary,<br><br>                                    Respondent. | Case No. 08cv0260 BEN (AJB)<br><br>**ORDER DENYING APPLICATION FOR A CERTIFICATE OF APPEALABILITY** |

Vilath Xayasomloth, a state prisoner proceeding *pro se*, petitioned for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Respondent moved to dismiss, arguing that Xayasomloth failed to comply with the one-year limitations period under the Antiterrorism and Effective Death Penalty Act. Xayasomloth opposed. After carefully considering the motion papers, the Honorable Anthony J. Battaglia issued a Report and Recommendation, recommending that the motion be granted. Xayasomloth objected. Overruling the objections, the Court adopted the well-reasoned Report and Recommendation and dismissed the Petition. Dkt. No. 30. Xayasomloth now applies for a certificate of appealability. Dkt. No. 33.

The Court may issue a certificate of appealability only if Xayasomloth makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, Xayasomloth "need not show that he should prevail on the merits." *Silva v. Woodford*, 279 F.3d 825, 833 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). But he must show "that jurists of reason could disagree with the district court's resolution of his constitutional claims

or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Here, Xayasomloth cannot meet this standard for two reasons. First, as the Court had previously found, he delayed the filing of his Petition for nearly six months, during which no statutory tolling was available. Dkt. No. 26 at 11. Second, he failed to present any fact to justify equitable tolling. *Id.* at 11-13. As a result, his claims are not debatable among jurists of reason and do not deserve further encouragement. Accordingly, the Court denies his application for a certificate of appealability.

IT IS SO ORDERED.

Dated: April /0 , 2009

Hon. Roger T. Benitez
United States District Judge

08cv0260